**Fill in this information to identify the case:**

Debtor name **Fe26 L.L.C.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**

Case number (if known) **18-30889**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 27, 2018**

X **/s/ Tuan Hoang Le**
Signature of individual signing on behalf of debtor

**Tuan Hoang Le**
Printed name

**Member/Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fe26 L.L.C.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | **18-30889** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alro Steel 3100 High Street Jackson, MI 49204-0927** | | **Trade Debt** | | | | $7,270.83 |
| **American Express PO Box 36002 Fort Lauderdale, FL 33336** | | **Trade Debt** | | | | $13,946.03 |
| **Atlas Cargo Transportation 2206 Blossom Drive Rock Hill, SC** | | **Trade Debt** | | | | $3,480.00 |
| **B&B Steel Service LLC 1424 Shady Bark Drive Gastonia, NC** | | **Trade Debt** | | | | $8,637.00 |
| **Banco Steel Highway 70 East Hickory, NC 28603** | | **Trade Debt** | | | | $20,448.18 |
| **Capital One Bank (USA), N.A. P.O. Box 71083 Charlotte, NC 28272-1083** | | **Loan** | | | | $13,460.20 |
| **Carolina Business Capital, Inc. 1307 West Morehead Street Suite 201 Charlotte, NC 28208** | | **Loan Guarantee** | | | | $150,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

| Debtor | **Fe26 L.L.C.** | | | Case number *(if known)* | **18-30889** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Celtic Bank 268 South State Street, Suite 300 Salt Lake City, UT** | | **Personal property including Accounts,Chattel Paper, Instruments, Goods form merchant processor, General Intangibles, proceeds** | | **$97,000.00** | **$0.00** | **$97,000.00** |
| **Chase Inc PO Box 15123 Wilmington, DE 19850-5123** | | **Loan** | | | | **$28,678.18** |
| **Coggin Camera 3700 Latrobe Drive Charlotte, NC** | | **Trade Debt** | | | | **$5,750.00** |
| **Credibly oF Arizona LLC 4026 N. Miller Road Suite B200 Scottsdale, AZ 85251** | | **90 days or less: See Attached Accounts Receivable** | | **$122,000.00** | **$22,236.49** | **$99,763.51** |
| **Fidelty Bank 2933 Union Road Gastonia, NC 28054** | | **Loan** | | | | **$150,000.00** |
| **Innovation Railing Sepcialists, Inc 1058 Bent Branch Street Gastonia, NC** | | **Trade Debt** | | | | **$25,475.00** |
| **PNC Bank 100 East Garrison Blvd. Gastonia, NC 28052** | | **Trade Debt** | | | | **$11,045.00** |
| **QL Titling Trust PO Box 83265 Chicago, IL 60691** | | **Equipment Lease** | | | | **$7,684.47** |
| **Seymour Ford 2301 Sloan Drive Charlotte, NC** | | **Trade Debt** | | | | **$2,465.00** |
| **Sherwin Williams 2625 NewHope Road Gastonia, NC 28056** | | **Trade Debt** | | | | **$3,800.40** |
| **South Atlantic 1907 South 17th Suite 2A Wilmington, NC 28401** | | **Trade Debt** | | | | **$2,925.97** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Fe26 L.L.C.**
_____
Name

Case number *(if known)*     **18-30889**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **South East Welding 10935 Winds Crossing Drive Suite 100 Charlotte, NC** | | **Trade Debt** | | | | **$36,205.00** |
| **Sunbelt Rentals 2220 Raeford Ct Gastonia, NC 28052** | | **Trade Debt** | | | | **$7,852.39** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 3

**Fill in this information to identify the case:**

Debtor name __**Fe26 L.L.C.**__

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  __**18-30889**__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................    $ _____0.00_

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................    $ _____144,574.69_

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................    $ _____144,574.69_

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____219,000.00_

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $ _____1,292.14_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____503,015.47_

4.   Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b

| $ | 723,307.61 |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name **Fe26 L.L.C.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **18-30889**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$40.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **PNC Bank** | **Checking** | **9196** | $749.79 |
| 3.2.   **Fidelity Bank** | **Checking** | **4562** | $5,548.41 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $6,338.20 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

Debtor    **Fe26 L.L.C.**
Name

Case number *(If known)*  **18-30889**

11.        **Accounts receivable**

11a. 90 days old or less:        **22,236.49**        -        **0.00**  = ....        **$22,236.49**

face amount                        doubtful or uncollectible accounts

11b. Over 90 days old:        **151,991.00**        -        **91,991.00**  =....        **$60,000.00**

face amount                        doubtful or uncollectible accounts

12.        **Total of Part 3.**        |        **$82,236.49**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Steel** | | **$10,000.00** | | **$10,000.00** |
| 20. | **Work in progress** **Partially fabricated metal decorative products** | | **$35,000.00** | | **$35,000.00** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Metal items for use in completing projects** | | **$10,000.00** | | **$10,000.00** |

23.        **Total of Part 5.**        |        **$55,000.00**

Add lines 19 through 22.  Copy the total to line 84.

24.        **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.        **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.        **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Fe26 L.L.C. | Case number *(If known)*  **18-30889** |
|---|---|---|
| | Name | |

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Four Computers** **Four Telephones** | **$1,000.00** | N/A | **$1,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $1,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Fe26 L.L.C. | Case number *(If known)* | 18-30889 |
| --- | --- | --- | --- |
| | Name | | |

- ☐ No. Go to Part 11.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **https://www.fe-26.com** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **List of customers** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

**66.    Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
| --- |
| **$0.00** |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

- ☑ No
- ☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No. Go to Part 12.
- ☐ Yes Fill in the information below.

| Debtor | **Fe26 L.L.C.** | Case number *(If known)* **18-30889** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,338.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $82,236.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $55,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $144,574.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $144,574.69 |

**Fill in this information to identify the case:**

Debtor name **Fe26 L.L.C.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **18-30889**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1 Celtic Bank**
Creditor's Name

**268 South State Street, Suite 300
Salt Lake City, UT**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Personal property including Accounts,Chattel Paper, Instruments, Goods form merchant processor, General Intangibles, proceeds**

Describe the lien
**Security interest in personal property**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$97,000.00**      Value of collateral: **$0.00**

**2.2 Credibly oF Arizona LLC**
Creditor's Name

**1250 Kirts Blvd
Suite 100
Troy, MI 48084**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/25/2017**
**Last 4 digits of account number**
**1624**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien

Describe the lien
**Security interest in personal property**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$122,000.00**      Value of collateral: **$60,000.00**

| Debtor | Fe26 L.L.C. | | | Case number (if know) | 18-30889 |
|---|---|---|---|---|---|
| | Name | | | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        **$219,000.00**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Carolina Business Capital, Inc.**<br>**1307 West Morehead Street**<br>**Suite 201**<br>**Charlotte, NC 28208** | Line  **2.2** | |
| **Credibly oF Arizona LLC**<br>**4026 N. Miller Road**<br>**Suite B200**<br>**Scottsdale, AZ 85251** | Line  **2.2** | |
| **Kabbage, Inc.**<br>**PO Box 77o81**<br>**Atlanta, GA 30357** | Line  **2.1** | |
| **Small Business Administration**<br>**North Carolina District Office**<br>**6302 Fairview Road**<br>**Suite 300**<br>**Charlotte, NC 28210-2227** | Line  **2.2** | |
| **W47 LLC**<br>**1532 Winston Dr.**<br>**Gastonia, NC 28205-2060** | Line  **2.2** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Fe26 L.L.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-30889**

☐ Check if this is an
    amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,155.00** | **$1,155.00** |
|---|---|---|---|---|
| | **Gaston County Tax Department** | *Check all that apply.* | | |
| | **123 W. Main Avenue** | ☐ Contingent | | |
| | **PO Box 1578** | ☐ Unliquidated | | |
| | **Gastonia, NC 28053** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Personal Property Tax** | | |
| | Last 4 digits of account number **7981** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$137.14** | **$137.14** |
|---|---|---|---|---|
| | **Mecklenburg County Tax Collector** | *Check all that apply.* | | |
| | **PO Box 71063** | ☐ Contingent | | |
| | **Charlotte, NC 28272** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Personal Property Tax  2016 Bill** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Fe26 L.L.C.** | | Case number (if known) | **18-30889** |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.03 |
|---|---|---|---|

**Abrasive Belt Service**
PO Box 2095
Gaffney, SC 29342

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.59 |
|---|---|---|---|

**AirGas USA LLC**
2433 N. Chester Street
Gastonia, NC 28052-1890

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,270.83 |
|---|---|---|---|

**Alro Steel**
3100 High Street
Jackson, MI 49204-0927

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,946.03 |
|---|---|---|---|

**American Express**
PO Box 36002
Fort Lauderdale, FL 33336

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $891.00 |
|---|---|---|---|

**Atlantic Bolt**
4112 Pine Grove Circle
Charlotte, NC 28206

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,480.00 |
|---|---|---|---|

**Atlas Cargo Transportation**
2206 Blossom Drive
Rock Hill, SC

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,637.00 |
|---|---|---|---|

**B&B Steel Service LLC**
1424 Shady Bark Drive
Gastonia, NC

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Fe26 L.L.C.** | Case number *(if known)* | **18-30889** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,448.18** |
|---|---|---|---|

**Banco Steel**
**Highway 70 East**
**Hickory, NC 28603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.64** |
|---|---|---|---|

**Bradford Derustit Corp**
**21660 Waterford Drive**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,460.20** |
|---|---|---|---|

**Capital One Bank (USA), N.A.**
**P.O. Box 71083**
**Charlotte, NC 28272-1083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Carolina Business Capital, Inc.**
**1307 West Morehead Street**
**Suite 201**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __February 2, 2017__

Basis for the claim: __Loan Guarantee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,678.18** |
|---|---|---|---|

**Chase Inc**
**PO Box 15123**
**Wilmington, DE 19850-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,750.00** |
|---|---|---|---|

**Coggin Camera**
**3700 Latrobe Drive**
**Charlotte, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$610.61** |
|---|---|---|---|

**CPI Security**
**4200 Sandy Porter Road**
**Gastonia, NC 28052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Fe26 L.L.C.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **18-30889** |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Fidelty Bank**
**2933 Union Road**
**Gastonia, NC 28054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/2016**

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$451.80** |
|---|---|---|---|

**G&W Equipment**
**600 Lawton Road**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,475.00** |
|---|---|---|---|

**Innovation Railing Sepcialists, Inc**
**1058 Bent Branch Street**
**Gastonia, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380.80** |
|---|---|---|---|

**Lessee Direct**
**P.O. Box 6980**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,045.00** |
|---|---|---|---|

**PNC Bank**
**100 East Garrison Blvd.**
**Gastonia, NC 28052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,684.47** |
|---|---|---|---|

**QL Titling Trust**
**PO Box 83265**
**Chicago, IL 60691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lease Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.22** |
|---|---|---|---|

**Red-D-Arc Inc**
**5324 North Graham Street**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Fe26 L.L.C. | | Case number (if known) | 18-30889 |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,465.00** |
|---|---|---|---|

**Seymour Ford**
**2301 Sloan Drive**
**Charlotte, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.40** |
|---|---|---|---|

**Sherwin Williams**
**2625 NewHope Road**
**Gastonia, NC 28056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,925.97** |
|---|---|---|---|

**South Atlantic**
**1907 South 17th**
**Suite 2A**
**Wilmington, NC 28401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,205.00** |
|---|---|---|---|

**South East Welding**
**10935 Winds Crossing Drive**
**Suite 100**
**Charlotte, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.13** |
|---|---|---|---|

**Southeaster Freight Lines**
**PO Box 100104**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,852.39** |
|---|---|---|---|

**Sunbelt Rentals**
**2220 Raeford Ct**
**Gastonia, NC 28052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**W47 LLC**
**1532 Winston Dr.**
**Gastonia, NC 28205-2060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Lease Claim**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Fe26 L.L.C.** | Case number (if known) | **18-30889** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hutchinson, Warren & Associates**<br>**122 S. Rawles St.**<br>**Suite 200**<br>**Romeo, MI 48065-5609** | Line  **3.3**<br><br>☐  Not listed. Explain ____ | **5393** |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **1,292.14** |
| **5b. Total claims from Part 2** | 5b. + | $ | **503,015.47** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **504,307.61** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fe26 L.L.C.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **18-30889** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of equipment under contract #10315 dated 12/20/2015** | |
| | State the term remaining | | **QL Titling Trust, LTD** |
| | List the contract number of any government contract | | **7173 E. 87th Street Indianapolis, IN 46256** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises located at N. Broad Street, Gastonia, NC 28054** | |
| | State the term remaining | **10 months** | **W47, LLC** |
| | List the contract number of any government contract | | **525 N. Broad Street Charlotte, NC 28205-2060** |

6/27/18 8:25PM

**Fill in this information to identify the case:**

Debtor name     **Fe26 L.L.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-30889**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jerry Keopraseuth** | **147 Misty Woods Drive Clover, SC 29710** | **Credibly oF Arizona LLC** | ☒ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Jerry Keopraseuth** | **147 Misty Woods Drive Clover, SC 29710** | **Celtic Bank** | ☒ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Jerry Keopraseuth** | **147 Misty Woods Drive Clover, SC 29710** | **Credibly oF Arizona LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Jerry Keopraseuth** | **147 Misty Woods Drive Clover, SC 29710** | **Carolina Business Capital, Inc.** | ☐ D _____ <br> ☒ E/F   **3.11** <br> ☐ G _____ |
| 2.5 **Tuan Hoang Le** | **525 N. Broad Street Gastonia, NC 28054** | **Credibly oF Arizona LLC** | ☒ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **Fe26 L.L.C.** | Case number *(if known)* | **18-30889** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Tuan Hoang Le** | **525  N. Broad Street** **Gastonia, NC 28054** | **Celtic Bank** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Tuan Hoang Le** | **525 N. Broad Street** **Gastonia, NC 28054** | **Credibly oF Arizona LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Tuan Hoang Le** | **525 N. Broad Street** **Gastonia, NC 28054** | **Carolina Business Capital, Inc.** | ☐ D _____ ■ E/F ___3.11___ ☐ G _____ |
| 2.9 | **Jerry Keopraseuth** | **147 Misty Woods Drive** **Lake Wylie, SC 29710** | **Lessee Direct** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Tuan Hoang Le** | **525 N. Broad Street** **Gastonia, NC 28054** | **Lessee Direct** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Fe26 L.L.C.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     **18-30889**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$177,963.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,365,591.41** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$999,869.15** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Fe26 L.L.C.**                                              Case number *(if known)*   **18-30889**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Jerry Keopraseuth** **147 Misty Woods Drive** **Clover, SC 29710** | 5/30/2018 $!,000 5/20/2018 1,000 5/13/2018 1,000 5/6/2018 1,000 4/26/2018 1,000 4/19/2018 1,000 4/12/2018 1,000 4/6/2018 1,000 2/20/2018 1,653.47 2/20/2018 2,000.00 | $11,653.47 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

| Debtor | Fe26 L.L.C. | Case number *(if known)*  18-30889 |
|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 4/12/18 $5,000 2/24/18 $1,717 6/7/18 $7,000 | |
| | SFS Law Group 122 N. McDowell Street Charlotte, NC 28204 | | | $13,717.00 |
| | Email or website address dennis.odea@sfslawgroup.com | | | |
| | Who made the payment, if not debtor? Tuan Hoang Le | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

| Debtor | Fe26 L.L.C. | Case number *(if known)* | 18-30889 |

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | |

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Fe26 L.L.C.**                                                                Case number *(if known)*   **18-30889**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank**<br>**500 S. New Hope Rpad**<br>**Gastonia, NC 28054** | **xxxx-XXXX** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Fe26 L.L.C.**                                                            Case number *(if known)*  **18-30889**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Gabrielle Grosso**<br>**5135 Shady Grove Lane**<br>**Charlotte, NC 28217** | **December 2017 to present** |
| 26a.2.    **Neesha Pai**<br>**Pai CPA, PLLC**<br>**3440 Torringdon Way**<br>**Charlotte, NC 28277** | **December 2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Neesha Pai**<br>**Pai CPA, PLLC**<br>**Suite 205**<br>**3440 Torringdon Way**<br>**Charlotte, NC 28277** | **December 2017 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

Debtor    **Fe26 L.L.C.**    Case number *(if known)* **18-30889**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Neesha Pai**<br>**Pai CPA, PLLC**<br>**Suite 205**<br>**3440 Torringdon Way**<br>**Charlotte, NC 28277** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tuan Hoang Le** | **535 N. Broad Street**<br>**Gastonia, NC 28054** | **Member/manager** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jerry Keopraseuth** | **147 Misty Woods Driv**<br>**Lake Wylie, SC 29710** | **Member**<br>**Vice President** | **June 2016 through February 2018** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>.    **Jerry Keopraseuth**<br>**147 Misty Woods Drive**<br>**Clover, SC 29710** | **$500** | **03/22/18** | **Redemption of membership interest** |
| Relationship to debtor<br>**Member** | | | |

Debtor    **Fe26 L.L.C.**                                                    Case number *(if known)*  **18-30889**

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 27, 2018**

**/s/ Tuan Hoang Le**                                **Tuan Hoang Le**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Fe26 L.L.C.**                                            Case No. _____
_____                          Chapter     **11**  _____
                              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept and receive payment under hourly rates as orderd by the court. The hourly rate to be charged for my services is $400.00 | $ | Hourly Rate Compensation |
| I hold the following amount as a retainer in my client trust account | $ | 2,240.00 |
| The Debtor has agreed to pay all Court approved fees and expenses exceeding the amount of funds payable from retainer. |  |  |

2.  $ __**1,717.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify):        **Tuan Hoang Le**

                                              **Member/Manager of Fe26 L.L.C.**

4.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  8, 2018**                          **/s/ Dennis O'Dea NC Bar No.**
_____              _____
*Date*                                     **Dennis O'Dea NC Bar No. 35072**
                                           *Signature of Attorney*
                                           **SFS Law Group**
                                           **122 N. McDowell Street**
                                           **Charlotte, NC 28204**
                                           **(704) 780-1544   Fax: (704) 973-0043**
                                           **dennis.odea@sfslawgroup.com**
                                           *Name of law firm*

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Fe26 L.L.C.**

                                            Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept and receive payment under hourly rates as orderd by the court. The hourly rate to be charged for my services is $400.00 | $ | Hourly Rate Compensation |
| I hold the following amount as a retainer in my client trust account | $ | 2,240.00 |
| The Debtor has agreed to pay all Court approved fees and expenses exceeding the amount of funds payable from retainer. | | |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify):    **Tuan Hoang Le**

                                                      **Member/Manager of Fe26 L.L.C.**

4. The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June  8, 2018** | **/s/ Dennis O'Dea NC Bar No.** |
| *Date* | **Dennis O'Dea NC Bar No. 35072** |
| | *Signature of Attorney* |
| | **SFS Law Group** |
| | **122 N. McDowell Street** |
| | **Charlotte, NC 28204** |
| | **(704) 780-1544   Fax: (704) 973-0043** |
| | **dennis.odea@sfslawgroup.com** |
| | *Name of law firm* |

## United States Bankruptcy Court
### Western District of North Carolina

In re   **Fe26 L.L.C.**

Debtor(s)

Case No.   **18-30889**

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tuan Hoang Le<br>525 N. Broad Street<br>Gastonia, NC 28054** | **Membership Interests** | **100%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 27, 2018**

Signature   **/s/ Tuan Hoang Le**

**Tuan Hoang Le**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

| In re | **Fe26 L.L.C.** | | Case No. | **18-30889** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 27, 2018**                                **/s/ Tuan Hoang Le**

                                                                   **Tuan Hoang Le**/**Member/Manager**
                                                                   Signer/Title

Abrasive Belt Service
PO Box 2095
Gaffney, SC 29342

AirGas USA LLC
2433 N. Chester Street
Gastonia, NC 28052-1890

Alro Steel
3100 High Street
Jackson, MI 49204-0927

American Express
PO Box 36002
Fort Lauderdale, FL 33336

Atlantic Bolt
4112 Pine Grove Circle
Charlotte, NC 28206

Atlas Cargo Transportation
2206 Blossom Drive
Rock Hill, SC

B&B Steel Service LLC
1424 Shady Bark Drive
Gastonia, NC

Banco Steel
Highway 70 East
Hickory, NC 28603

Bradford Derustit Corp
21660 Waterford Drive
Yorba Linda, CA 92887

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Carolina Business Capital, Inc.
1307 West Morehead Street
Suite 201
Charlotte, NC 28208

Celtic Bank
268 South State Street, Suite 300
Salt Lake City, UT

Chase Inc
PO Box 15123
Wilmington, DE 19850-5123

Coggin Camera
3700 Latrobe Drive
Charlotte, NC

CPI Security
4200 Sandy Porter Road
Gastonia, NC 28052

Credibly oF Arizona LLC
1250 Kirts Blvd
Suite 100
Troy, MI 48084

Credibly oF Arizona LLC
4026 N. Miller Road
Suite B200
Scottsdale, AZ 85251

Fidelty Bank
2933 Union Road
Gastonia, NC 28054

G&W Equipment
600 Lawton Road
Charlotte, NC 28216

Gaston County Tax Department
123 W. Main Avenue
PO Box 1578
Gastonia, NC 28053

Hutchinson, Warren & Associates
122 S. Rawles St.
Suite 200
Romeo, MI 48065-5609

Innovation Railing Sepcialists, Inc
1058 Bent Branch Street
Gastonia, NC


Jerry Keopraseuth
147 Misty Woods Drive
Clover, SC 29710


Jerry Keopraseuth
147 Misty Woods Drive
Lake Wylie, SC 29710


Kabbage, Inc.
PO Box 77o81
Atlanta, GA 30357


Lessee Direct
P.O. Box 6980
Wayne, PA 19087


Mecklenburg County Tax Collector
PO Box 71063
Charlotte, NC 28272


PNC Bank
100 East Garrison Blvd.
Gastonia, NC 28052


QL Titling Trust
PO Box 83265
Chicago, IL 60691


QL Titling Trust, LTD
7173 E. 87th Street
Indianapolis, IN 46256


Red-D-Arc Inc
5324 North Graham Street
Charlotte, NC 28269


Seymour Ford
2301 Sloan Drive
Charlotte, NC

Sherwin Williams
2625 NewHope Road
Gastonia, NC 28056


Small Business Administration
North Carolina District Office
6302 Fairview Road
Suite 300
Charlotte, NC 28210-2227


South Atlantic
1907 South 17th
Suite 2A
Wilmington, NC 28401


South East Welding
10935 Winds Crossing Drive
Suite 100
Charlotte, NC


Southeaster Freight Lines
PO Box 100104
Columbia, SC 29202


Sunbelt Rentals
2220 Raeford Ct
Gastonia, NC 28052


Tuan Hoang Le
525 N. Broad Street
Gastonia, NC 28054


W47 LLC
1532 Winston Dr.
Gastonia, NC 28205-2060


W47, LLC
525 N. Broad Street
Charlotte, NC 28205-2060

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Fe26 L.L.C.**                                              Case No.   **18-30889**

                                        Debtor(s)        Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Fe26 L.L.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 27, 2018                                  **/s/ Dennis O'Dea NC Bar No.**

Date                                                **Dennis O'Dea NC Bar No. 35072**

                                                Signature of Attorney or Litigant
                                                Counsel for   **Fe26 L.L.C.**

                                                **SFS Law Group**
                                                **122 N. McDowell Street**
                                                **Charlotte, NC 28204**
                                                **(704) 780-1544 Fax:(704) 973-0043**
                                              **dennis.odea@sfslawgroup.com**

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Fe26 L.L.C.**                                ,    Case No.     **18-30889**

                 Debtor

Chapter               **11**

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date     **June 27, 2018**             **/s/ Dennis O'Dea NC Bar No. 35072**

                                            Signature of attorney
                                            **Dennis O'Dea NC Bar No. 35072**
                                            **SFS Law Group**
                                            **122 N. McDowell Street**
                                            **Charlotte, NC 28204**
                                            **(704) 780-1544**